UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KIMBERLY L. WALKER,

                    Plaintiff,

                                                    CASE NO. 14-CV-11137
v.                                                  HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
                                                              /

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #23), GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (DOC. #18), DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (DOC. #20), DISMISSING AS MOOT
PLAINTIFF'S MOTION TO AMEND (DOC. #21) AND REMANDING ACTION

Before the court are the parties' cross-motions for summary judgment, which were

referred to the magistrate judge for a report and recommendation. On December 31, 2014,

Magistrate Judge David Grand issued his report, recommending that the court grant

plaintiff's motion for summary judgment, deny the defendant's motion for summary

judgment, and remand the matter for further administrative proceedings pursuant to

sentence four of 42 U.S.C. § 405(g).

The magistrate judge specifically stated that any objections to his report were to be

filed within 14 days of service, and that failure to file such objections constituted a waiver

of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such

objections were filed by either party.

The court has reviewed the record and briefing in this matter, as well as the

magistrate judge's report and recommendation. Finding that report and recommendation

to be well-reasoned, the court hereby adopts the result recommended therein. Accordingly, plaintiff's motion for summary judgment is hereby GRANTED. Defendant's motion for summary judgment is DENIED, and this cause of action is REMANDED to the Commissioner of Social Security for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) as stated in the report and recommendation.

IT IS FURTHER ORDERED that plaintiff's motion to amend/correct the complaint is DISMISSED AS MOOT.

IT IS SO ORDERED.

Dated: January 27, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 27, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk